# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDHER FLORES, et al.,<br><br>             Plaintiffs,<br><br>        v.<br><br>ADT LLC,<br><br>             Defendant. | Case No.: 1:16-cv-00029 AWI  JLT<br><br>ORDER AFTER MID-DISCOVERY STATUS CONFERENCE |

On November 22, 2016, the Court conducted the mid-discovery status conference.  At the conference counsel agreed that by the end of next week, the defendant will produce all electronic time records for all employees in California held by it or within its control.  In addition, by the end of next week, the defendant will produce a random sample—previously selected by the plaintiff—of electronic payroll records and GPS records for all employees in California.  Likewise, the defendant will confirm as soon as possible that it will produce deponents on December 5, 2016, in response to the Fed.R.Civ.P. 30(b)(6) notice served by the plaintiff.  Finally, by the end of next week, counsel will confirm the plaintiff's availability for deposition within the next few weeks.

Though counsel requested additional time to file the motion for class certification, the Court refused to entertain this request at this time based upon the lack of showing of good cause (See the Court's order dated 8/3/16 (Doc. 13).  However, the Court will entertain a stipulation to extend the deadline in the future, if counsel demonstrate they acted diligently to complete the discovery noted

here and whatever other discovery remains outstanding.  Thus, the Court **ORDERS**:

    1.    **No later than December 2, 2016,** the defendant **SHALL** produce to the plaintiff the electronic time records within its control for all employees in California;

    2.    **No later than December 2, 2016,** the defendant **SHALL** produce to the plaintiff a random sample taken from all employees in California (previously selected by the plaintiff) of electronic payroll records within its control;

    3.    **No later than December 2, 2016,** the defendant **SHALL** produce to the plaintiff a random sample taken from all employees in California (previously selected by the plaintiff) of electronic GPS records within its control;

    4.    **Immediately, but no later than December 1, 2016,** the defendant **SHALL** notify counsel for the plaintiff of whether it will produce deponents responsive to the deposition notice issued under Fed. R. Civ.P. 30(b)(6).  Failure to produce the deponents without a legally sufficient basis, will justify the plaintiff filing an immediate motion to compel.  Plaintiff is relieved from any further duty to meet and confer related to this discovery;

    5.    **Immediately, but no later than December 1, 2016**, the plaintiff **SHALL** notify counsel for the plaintiff on available dates for deposition within the next few weeks;

    6.    At this time, the request to amend the case schedule is **DENIED without prejudice.**

IT IS SO ORDERED.

Dated:   **November 22, 2016**             **/s/ Jennifer L. Thurston**
                                                 UNITED STATES MAGISTRATE JUDGE