1   Raul Perez (SBN 174687)
    Raul.Perez@capstonelawyers.com
2   Arnab Banerjee (SBN 252618)
    Arnab.Banerjee@capstonelawyers.com
3   Brandon Brouillette (SBN 273156)
    Brandon.Brouillette@capstonelawyers.com
4   Ruhandy Glezakos (SBN 307473)
    Ruhandy.Glezakos@capstonelawyers.com
5   CAPSTONE LAW APC
    1875 Century Park East, Suite 1000
6   Los Angeles, California 90067
    Telephone:   (310) 556-4811
7   Facsimile:   (310) 943-0396

8   Attorneys for Plaintiff Edher Flores
    [ADDITIONAL COUNSEL ON NEXT PAGE]
9

10

11                UNITED STATES DISTRICT COURT

12                EASTERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| 14  EDHER FLORES, individually, and on behalf of other members of the 15  general public similarly situated, | Case No.:  1:16-cv-00029-AWI-JLT |
| 16              Plaintiff, | **[PROPOSED] ORDER GRANTING REQUEST TO CONTINUE CLASS CERTIFICATION DEADLINES** |
| 17        vs. | (Doc. 22) |
| 18  ADT LLC, a Delaware limited liability company; and DOES 1 19  through 10, inclusive, | |
| 20              Defendants. | |

21

22

23

24

25

26

27

28

1    Linda Claxton
      Alec R. Hillbo
2    OGLETREE, DEAKINS, NASH,
      SMOAK & STEWART, P.C.
3    400 South Hope Street, Suite 1200
      Los Angeles, California 90071
4    Telephone:    (213) 239-9800
      Facsimile:     (213) 239-9045
5    linda.claxton@ogletreedeakins.com
      alec.hillbo@ogletreedeakins.com
6

7    Attorneys for Defendant ADT, LLC

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[P̶r̶o̶p̶o̶s̶e̶d̶] Order Granting Request to Continue
Class Certification Deadlines

1

## [~~PROPOSED~~] ORDER

2      The Court having reviewed the Parties' Stipulation and Request to

3   Continue the Class Certification Deadlines in the above-entitled action and

4   finding the Parties have established good cause to modify the scheduling order

5   and continue the class certification deadlines, hereby GRANTS the Parties'

6   request and ORDERS the Class Certification Deadlines be continued as follows:

7          Filing:              March 31, 2017

8          Opposition:          June 27, 2017

9          Reply Brief:         August 29, 2017

10         Hearing:             September 29, 2017

11

12  IT IS SO ORDERED.

13     Dated:   **December 21, 2016**          **/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING REQUEST TO CONTINUE
CLASS CERTIFICATION DEADLINES