# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDHER FLORES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ADT LLC, <br><br> Defendant. | Case No.: 1:16-cv-00029 AWI JLT <br><br> ORDER AFTER NOTICE OF SETTLEMENT <br> (Doc. 28) |

On June 26, 2017, the plaintiff notified the Court that the parties have reached a settlement of the action and are in the process of finalizing the settlement agreement. (Doc. 28) Thus, the Court **ORDERS**:

    1.    The motion for preliminary approval of the class settlement **SHALL** be filed **no later than August 25, 2017**;

    2.    All pending dates, conferences and hearings are **VACATED**.

The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.

IT IS SO ORDERED.

    Dated:  **June 27, 2017**                **/s/ Jennifer L. Thurston**
                                                         UNITED STATES MAGISTRATE JUDGE