# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDHER FLORES, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>ADT LLC,<br><br>        Defendant. | Case No.: 1:16-cv-00029 AWI JLT<br><br>ORDER EXTENDING THE DEADLINE BY WHICH PLAINTIFF SHALL FILE THE MOTION FOR PRELIMINARY APPROVAL OF THE CLASS SETTLEMENT<br>(Doc. 30) |

Counsel report they are still working through the details related to the class settlement and need more time to file the motion for preliminary approval of the class settlement. (Doc. 30) Thus, the Court **ORDERS**:

    1.    The motion for preliminary approval of the class settlement **SHALL** be filed **no later than September 29, 2017**.

IT IS SO ORDERED.

    Dated:   **August 21, 2017**                     **/s/ Jennifer L. Thurston**
                                                            UNITED STATES MAGISTRATE JUDGE