# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDHER FLORES, individually and on behalf of other members of the general public similarly situated,<br><br>                Plaintiff,<br><br>   v.<br><br>ADT LLC,<br><br>                Defendant. | Case No.: 1:16-cv-0029- AWI-JLT<br><br>ORDER GRANTING FINAL APPROVAL OF THE CLASS NOTICE<br><br>(Doc. 35) |

      On October 31, 2017, Plaintiff submitted a revised Class Notice for the Court's approval. (Doc. 35) Plaintiff has complied with the Court's orders regarding its contents, and the Class Notice contains the information required by Rule 23(c) of the Federal Rules of Civil Procedure, including the nature of the action, the class definition approved by the Court, the claims and issues to be resolved, how a class member may enter appear through an attorney or chose to be excluded from the class, the time and method to opt-out of the class, and the binding effect of a class judgment. For these reasons, final approval of the Class Notice (Doc. 35) is **GRANTED**.

IT IS SO ORDERED.

    Dated:   **November 1, 2017**            **/s/ Jennifer L. Thurston**
                                                          UNITED STATES MAGISTRATE JUDGE